UNITED STATES DISTRICT COURT

Northern District of California

COLLECTORS UNIVERSE,

                Plaintiff(s),                No. C 10-0260 MEJ

  v.

ROBERTO RODRIGUEZ,                **ORDER CONTINUING CMC & RELATED DEADLINES**

                Defendant(s).

_____/

     Having reviewed Plaintiff Collectors Universe, Inc.'s Case Management Statement, (Dkt. #11), the Court hereby CONTINUES the Case Management Conference to August 5, 2010 at 10:00 a.m. in Courtroom B. All related deadlines are adjusted accordingly.

     **IT IS SO ORDERED.**

Dated: April 22, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge