UNITED STATES DISTRICT COURT

Northern District of California

COLLECTORS UNIVERSE,

           Plaintiff(s),           No. C 10-0260 MEJ

  v.

ROBERTO RODRIGUEZ,         **ORDER CONTINUING CMC & RELATED DEADLINES**

           Defendant(s).

_____/

    Having reviewed Plaintiff Collectors Universe, Inc.'s Case Management Statement, (Dkt. #16), the Court hereby CONTINUES the Case Management Conference to March 17, 2010 at 10:00 a.m. in Courtroom B. All related deadlines are adjusted accordingly. Plaintiff's counsel's request to appear by phone is denied as moot.

    **IT IS SO ORDERED.**

Dated: November 12, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge