# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| COLLECTORS UNIVERSE,<br>　　　　　　Plaintiff(s),<br>　v.<br>ROBERTO RODRIGUEZ,<br>　　　　　　Defendant(s).<br>_____ / | No. C 10-0260 MEJ<br><br>**ORDER CONTINUING CMC &<br>RELATED DEADLINES** |

Having reviewed Plaintiff Collectors Universe, Inc.'s Case Management Statement, (Dkt. #16), the Court hereby CONTINUES the Case Management Conference to March 17, 2011 at 10:00 a.m. in Courtroom B. All related deadlines are adjusted accordingly. Plaintiff's counsel's request to appear by phone is denied as moot.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge