Benjamin H. Ballard (CA 94772)
Ballard Law Office
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-781-3500
Fax: 1-866-295-5669
bhb@ballardlegal.com

Armen R. Vartian (CA 94772)
Law Offices of Armen R. Vartian
1601 N. Sepulveda Blvd #581
Manhattan Beach. CA 90266
Ph: 310-372-1355
Fax: 866-427-3820
avartian@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Collectors Universe, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>Roberto Rodriguez, an individual, John Barnardi; Does 1-10, individuals and/or entities whose identities are currently unknown,<br><br>    Defendants.<br>_____/ | CASE NO.  C 10 0260 MEJ<br><br>**CASE MANAGEMENT STATEMENT OF PLAINTIFF COLLECTORS UNIVERSE, INC.**<br><br>**Conference Date:  March 17, 2011**<br>**Time:  10:00 a.m.**<br>**Courtroom:  B**<br>**Trial Date:  None** |

      In the management conference statement plaintiff Collectors Universe, Inc. submitted in connection with the last (November 18, 2010) conference, we stated that progress on the case had been halted due to pending criminal proceedings against the primary defendant, Roberto Rodriguez.  That is still the situation.  In addition to being the primary defendant, Mr. Rodriguez is the main witness in the case, without whose testimony additional potential parties or witnesses

can't be identified.  The other party witness, John Bonardi, already has declined to answer deposition questions on fifth amendment grounds.

According to the Alameda County prosecuting attorney, Scott Ford, in a telephone discussion on March 4, a preliminary hearing still has not been held and will not be until probably the first week of April, with trial at some undetermined time thereafter.  Mr. Rodriguez has "waived time", i.e., his right to a speedy trial, creating a situation in which consideration of his case is delayed so cases in which time has not been waived can be considered.

Unfortunately, the statement to the Court in our previous CMC statement still is accurate:

> "Plaintiff Collectors Universe is now in a position where its best efforts to move the case forward have been stymied by this inability to obtain key testimony concerning the fraudulent coin-alteration scheme at issue in the case from the two key witnesses who, as far as we have been able to determine, are the only witnesses who can provide the facts necessary to allow the case to proceed."

In our last statement we proposed that, if the Court concluded another continuance of the CMC was not appropriate, the Court might consider issuing a stay of the case until criminal proceedings against defendant Rodriguez concluded.  We would prefer another continuance as a more the practical solution for plaintiff , but will of course defer to the Court's decision how best to proceed.

Date:  March 10, 2011

                            Ballard Law Office
                            Law Offices of Armen R. Vartian

                            By:  Benjamin H. Ballard

                            Attorneys for Plaintiff Collectors Universe, Inc.

The CMC is continued to June 16, 2011 at 10:00 a.m. in Courtroom B.

Dated: March 11, 2011



IT IS SO ORDERED
Judge Maria-Elena James