Benjamin H. Ballard (CA 94772)
Ballard Law Office
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-781-3500
Fax: 1-866-295-5669
bhb@ballardlegal.com

Armen R. Vartian (CA 94772)
Law Offices of Armen R. Vartian
1601 N. Sepulveda Blvd #581
Manhattan Beach. CA 90266
Ph: 310-372-1355
Fax: 866-427-3820
avartian@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Collectors Universe, Inc., a Delaware corporation, | CASE NO.  C 10 0260 MEJ |
| Plaintiff, | **CASE MANAGEMENT STATEMENT OF PLAINTIFF COLLECTORS UNIVERSE, INC.** |
| vs. | **Conference Date:  June 16, 2011**<br>**Time:  10:00 a.m.** |
| Roberto Rodriguez, an individual, John Barnardi; Does 1-10, individuals and/or entities whose identities are currently unknown, | **Courtroom:  B**<br>**Trial Date:  None** |
| Defendants. | |

In the case management conference statement plaintiff Collectors Universe, Inc. submitted in connection with the last (March 17, 2011) conference, we stated that progress on the case had been halted due to pending criminal proceedings against the primary defendant, Roberto Rodriguez. According to the district attorney today, a preliminary hearing is set for June 28, with no trial date set, and no current estimate when the case will be resolved, Mr. Rodriguez

having "waived time" for a speedy trial, making resolution of his case lengthier and certain to predict.

Therefore, the statement to the Court in our two previous CMC statements still is accurate:

> "Plaintiff Collectors Universe is now in a position where its best efforts to move the case forward have been stymied by this inability to obtain key testimony concerning the fraudulent coin-alteration scheme at issue in the case from the two key witnesses who, as far as we have been able to determine, are the only witnesses who can provide the facts necessary to allow the case to proceed."

In our last two statements we proposed that, if the Court concluded another continuance of the CMC was not appropriate, the Court might consider issuing a stay of the case until criminal proceedings against defendant Rodriguez concluded. We propose instead another 90 day continuance and will inform the Court promptly of any developments that would allow the case to proceed.

Date: June 9, 2011

        Ballard Law Office
        Law Offices of Armen R. Vartian

        By: Benjamin H. Ballard

        Attorneys for Plaintiff Collectors Universe, Inc.

The CMC is CONTINUED to September 22, 2011 at 10:00 a.m. in Coutroom B. All deadlines are adjusted accordingly.

Dated: June 9, 2011

