Benjamin H. Ballard (CA 94772)
Ballard Law Office
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-781-3500
Fax: 1-866-295-5669
bhb@ballardlegal.com

Armen R. Vartian (CA 94772)
Law Offices of Armen R. Vartian
1601 N. Sepulveda Blvd #581
Manhattan Beach. CA 90266
Ph: 310-372-1355
Fax: 866-427-3820
avartian@gmail.com

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Collectors Universe, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>Roberto Rodriguez, an individual, John Barnardi; Does 1-10, individuals and/or entities whose identities are currently unknown,<br><br>    Defendants.<br>_____/ | CASE NO.  C 10 0260 MEJ<br><br>**CASE MANAGEMENT STATEMENT OF PLAINTIFF COLLECTORS UNIVERSE, INC.**<br><br>**Conference Date:  September 29, 2011<br>Time:  10:00 a.m.<br>Courtroom:  B<br>Trial Date:  None** |

In the case management conference statement plaintiff Collectors Universe, Inc. submitted in connection with the last (June 16, 2011) conference, we stated that progress on the case continued to be delayed due to pending criminal proceedings against the primary defendant, Roberto Rodriguez. According to the district attorney today, a preliminary hearing is firmly set for September 28, 2011 after being postponed several times. There is a substantial chance Mr.

---

CASE MGT STATEMENT OF PLAINTIFF COLLECTORS UNIVERSE, INC.   Case no. C 10 0260 MEJ
- 1-

Rodriguez may enter a plea to resolve the case against him, in which case self-incrimination issues that have prevented progress in this case also will be resolved and the case can proceed. Conversely, if Mr. Rodriguez does not, the criminal proceedings will not resolve and the current impasse in this case will continue.

 We therefore propose instead another 90 day continuance, during which time we will move forward with discovery and other case preparations if the criminal case is resolved. If it is not, we will inform the Court accordingly in our next CMC statement, or at such earlier time as the Court directs.

 Date:  September 20, 2011

    Ballard Law Office
    Law Offices of Armen R. Vartian

    By:  Benjamin H. Ballard

    Attorneys for Plaintiff Collectors Universe, Inc.

The Case Management Conference is continued to January 12, 2012 at 10:00 a.m. in Courtroom B.