Benjamin H. Ballard (CA 94772)
Ballard Law Office
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-781-3500
Fax: 1-866-295-5669
bhb@ballardlegal.com

Armen R. Vartian (CA 94772)
Law Offices of Armen R. Vartian
1601 N. Sepulveda Blvd #581
Manhattan Beach. CA 90266
Ph: 310-372-1355
Fax: 866-427-3820
avartian@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Collectors Universe, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Roberto Rodriguez, an individual, John Barnardi; Does 1-10, individuals and/or entities whose identities are currently unknown,<br><br>    Defendants.<br>_____/ | CASE NO.  C 10 0260 MEJ<br><br>**CASE MANAGEMENT STATEMENT OF PLAINTIFF COLLECTORS UNIVERSE, INC.**<br><br>**Conference Date: January 12, 2012**<br>**Time:  10:00 a.m.**<br>**Courtroom:  B**<br>**Trial Date:  None** |

In the case management conference statement plaintiff Collectors Universe, Inc. submitted in connection with the last (September 29, 2011) conference, we stated that progress on the case continued to be delayed by pending criminal proceedings against the primary defendant, Roberto Rodriguez. We reported that, according to the district attorney, a) a preliminary hearing had been firmly set for September 28, 2011 after being postponed several

times, b) there was a substantial chance Mr. Rodriguez might enter a plea to resolve the case against him, in which case self-incrimination issues that had prevented progress in this case also would be resolved and the case could proceed, and c) conversely, if Mr. Rodriguez did not, the criminal proceedings would not resolve, so that d) the current impasse in this case would continue.

The district attorney now reports that efforts to resolve the case have not succeeded, and that the case will move forward, with an additional preliminary hearing scheduled for February 10, 2011, after which a trial date may be set, assuming sufficient evidence is presented to justify trial, which we think will be the case. If charges are dismissed, this case should be able to proceed.

We therefore propose that the Court order another 90 day continuance to allow the criminal case to clarify or resolve, and if that is acceptable will inform this Court of the situation in our CMC statement or at such earlier time as we are able or as the Court directs.

Date: January 12, 2012

                                      Ballard Law Office
                                      Law Offices of Armen R. Vartian

                                      By: Benjamin H. Ballard

                                      Attorneys for Plaintiff Collectors Universe, Inc.

The Case Management Conference shall be continued to April 12, 2012 at 10:00 a.m..  The Joint Case Mangement Statement shall be due April 5, 2012.

IT IS SO ORDERED:

Dated: January 6, 2012

*[Seal: United States District Court, Northern District of California — Judge Maria-Elena James]*