Benjamin H. Ballard (CA 94772)
Ballard Law Office
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-781-3500
Fax: 1-866-295-5669
bhb@ballardlegal.com

Armen R. Vartian (CA 94772)
Law Offices of Armen R. Vartian
1601 N. Sepulveda Blvd #581
Manhattan Beach. CA 90266
Ph: 310-372-1355
Fax: 866-427-3820
avartian@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Collectors Universe, Inc., a Delaware corporation,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Roberto Rodriguez, an individual, John Barnardi; Does 1-10, individuals and/or entities whose identities are currently unknown,<br><br>　　　Defendants.<br>_____ / | CASE NO.  C 10 0260 MEJ<br><br>**CASE MANAGEMENT STATEMENT OF PLAINTIFF COLLECTORS UNIVERSE, INC.**<br><br>Conference Date:  April 12, 2012<br>Time:  10:00 a.m.<br>Courtroom:  B<br>Trial Date:  None |

In the case management conference statement plaintiff Collectors Universe, Inc. submitted in connection with the last (January 12, 2012) conference, we said that the case might soon be able to progress if pending criminal proceedings were resolved against the primary defendant, Roberto Rodriguez in connection with a preliminary hearing scheduled for February 12 that would result either in a plea or a trial setting. However, the district attorney has informed us that Mr. Rodriguez failed to appear at the February 12 hearing, and that a bench warrant has issued for his arrest.

1  Mr. Rodriquez is the key actor in this federal case, and it cannot proceed without him. We
2  therefore propose that the Court order another 90 day continuance as efforts to locate and bring Mr.
3  Rodriguez into custody and to trial continue. If that is acceptable, we will inform the Court of the
4  situation in our CMC statement or at such earlier time as we are able or as the Court directs.

Date:  April 12, 2012

Ballard Law Office
Law Offices of Armen R. Vartian

By:  Benjamin H. Ballard

Attorneys for Plaintiff Collectors Universe, Inc.

The Case Management Conference is CONTINUED to July 12, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  All deadlines are adjusted accordingly.

Dated: April 5, 2012

