Benjamin H. Ballard (CA 94772)
Ballard Law Office
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-781-3500
Fax: 1-866-295-5669
bhb@ballardlegal.com

Armen R. Vartian (CA 94772)
Law Offices of Armen R. Vartian
1601 N. Sepulveda Blvd #581
Manhattan Beach. CA 90266
Ph: 310-372-1355
Fax: 866-427-3820
avartian@gmail.com

GRANTED
/s/ Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Collectors Universe, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Roberto Rodriguez, an individual, John Barnardi; Does 1-10, individuals and/or entities whose identities are currently unknown,<br><br>Defendants.<br>_____/ | CASE NO.  C 10 0260 MEJ<br><br>**CASE MANAGEMENT STATEMENT OF PLAINTIFF COLLECTORS UNIVERSE, INC.**<br><br>Conference Date:  July 12, 2012<br>Time:  10:00 a.m.<br>Courtroom:  B<br>Trial Date:  None |

    In the case management conference statement plaintiff Collectors Universe, Inc. submitted in connection with the last (April 12, 2012) scheduled conference, we reported that the primary defendant in the case, Roberto Rodriguez, had not appeared at a state court preliminary hearing relating to criminal proceedings instituted against him. We proposed that the Court order another 90 day continuance as efforts to locate and bring Mr. Rodriguez to trial continued.

The Alameda County District Attorney recently informed us that Mr. Rodriquez had been located, had appeared before the state criminal court and that, as a result, criminal proceedings had been largely concluded.

With fifth amendment concerns apparently no longer an issue, and it apparently also being possible for us to serve Mr. Rodriguez with discovery and other case documents. it appears that this action now will be able to proceed. The clerk entered Mr. Rodriguez's default on April 16, 2010 (case doc. # 10), but discovery will be necessary concerning the identity of other potential defendants, as well as concerning damages and injunction issues.

We therefore request that the Court re-instate its Order Setting Initial Case Management Conference and ADR Deadlines (case doc. #2, filed 01/20/10, copy attached hereto), and order that all related deadlines be adjusted accordingly, using July 12, 2012 as the basis for calculation instead of the 1/20/10 "Complaint filed" date shown in that 1/20/10 Order. The Court also should set another case management conference date.

We will appear at the July 12, 2012 unless informed that no appearance will be necessary.

Date: July 5, 2012

                                Ballard Law Office
                                Law Offices of Armen R. Vartian

                                By:  Benjamin H. Ballard

                                Attorneys for Plaintiff Collectors Universe, Inc.

The parties' request is GRANTED.  The Case Management Conference is continued to October 18, 2012, at 10:00 a.m. in Courtroom B.  All case management and ADR deadlines are adjusted accordingly.

Dated: July 6, 2012

